Clerk of Court
United States District Court
Southern District of Alabama
155 St. Joseph Street
Mobile, AL 36602

Re: Docket #1:15-CR-00268-001-CG

To the Honorable Judge:

I would like to respectfully request for the courts to seal my case from any public access inquiries as well as preventing access to my case from electronic law libraries.

Respectfully submitted,

*[signature: William Padgett]*

William Padgett
#09173-003
FPC Montgomery
Maxwell AFB
Montgomery, AL 36112

William Padgett #09173003
Federal Prison Camp
Maxwell Airforce Base
Montgomery, AL 36112

Clerk of Court
Southern District of Alabama
United States District Court
155 St. Joseph Street
Mobile, AL 36602